| | |
|---|---|
| Ex Parte<br><br>Ana Elsie Cestero Aguilar | 2010 TSPR 187<br><br>179 DPR \_\_\_\_ |

Número del Caso: TS-1959

Fecha: 19 de agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

1959

Ana Elsie Cestero Aguilar

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, la Juez Asociada señora Pabón Charneco y el Juez Asociado señor Kolthoff Caraballo.

## RESOLUCIÓN

San Juan, Puerto Rico, a 19 de agosto de 2010

Examinada la Moción Solicitando Baja Voluntaria de la Profesión de Abogada presentada por la Lcda. Ana Elsie Cestero Aguilar, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo